# Court of Appeals
# of the State of Georgia

ATLANTA, __January 14, 2016__

*The Court of Appeals hereby passes the following order:*

## A16A0405.  PAUL ROWE v. CHRISTIANA TRUST.

Christiana Trust filed a dispossessory action against Paul Rowe in magistrate court. Following an adverse ruling, Rowe appealed to superior court, which entered a writ of possession in favor of Christiana Trust.  Rowe filed this direct appeal from the superior court's order.   We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Rowe was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__01/14/2016__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*